# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Miguel Angel Reyes Sanchez, | No. CV-20-00936-PHX-MTL |
| Petitioner, | **ORDER** |
| v. | |
| William Barr, et al., | |
| Respondents. | |

Before the Court is the Report and Recommendation of the Magistrate Judge (R & R) (Doc. 13) recommending that Petitioner Miguel Angel Reyes Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed as moot. Neither party has filed objections to the R & R.

Accordingly, the Court hereby accepts the R & R. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection").

Based on the foregoing,

**IT IS ORDERED** that the Report and Recommendation (Doc. 13) is **accepted**.

///

**IT IS FURTHER ORDERED** that Petitioner Miguel Angel Reyes Sanchez's Petition for Writ of Habeas Corpus (Doc. 1) is dismissed as moot.

**IT IS FINALLY ORDERED** that the Clerk of the Court shall close this case.

Dated this 17th day of June, 2021.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge